# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI ST. JOSEPH DIVISION

| | |
|---|---|
| Ann Harford, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 11-6102-CV-SJ-JTM |
| Michael J. Astrue, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## O R D E R

On Thursday, September 13, 2012, the Court heard oral argument on the *Plaintiff's Social Security Brief,* filed May 17, 2012, [Doc. 8] and the *Defendant's Brief In Support Of The Administrative Decision And In Reply To Plaintiff's Brief*, filed June 29, 2012, [Doc. 9]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the oral argument, it is

**ORDERED** that the conclusion of the Commissioner is **AFFIRMED**.

                                          */s/ John T. Maughmer*
                                              JOHN T. MAUGHMER
                                             U. S. MAGISTRATE JUDGE